Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
CLYDE & CO LLP
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: 213-358-7600
Facsimile: 213-358-7650

*Attorneys for The Travelers Home and
Marine Insurance Company and
The Travelers Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL B. WILLIAMS and CLAIRE N. WILLIAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY; DOES I-X; AND ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.   2:20-cv-01669-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS THE TRAVELERS INDEMNITY COMPANY**<br><br>ECF No. 23 |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Maxwell B. Williams and Claire N. Williams (collectively "Plaintiffs") and Defendants The Travelers Home and Marine Insurance Company ("THMIC") and The Travelers Indemnity Company ("TIC") by and through their respective counsel, that TIC shall be dismissed from this action.

THMIC is the underwriting entity that issued Policy No. 0CFY84-983946773-699-1 to Plaintiffs insuring the residence premises located at 5465 Manteca Circle, Las Vegas, Nevada. TIC issued no policy to Plaintiffs and has no contractual relationship with Plaintiffs. While THMIC admits no liability whatsoever, it represents that it, and not TIC, is the entity that has privity of

contract with the Plaintiffs.  As such, Plaintiffs stipulate and agree to dismiss TIC with prejudice from all claims contained in its Complaint.

Accordingly, the parties hereby agree and stipulate to dismiss TIC from this action with prejudice.

DATED this 17th day of May 2021

BROWN, BONN & FRIEDMAN, LLC

By: /s/ *Thomas Friedman, Esq*
Thomas Friedman (NV Bar No. 7708)
5528 South Fort Apache Road
Las Vegas, Nevada 89148

*Attorneys for Maxwell B. Williams and Claire N. Williams*

DATED this 17th day of May 2021

CLYDE & CO, LLP

By: /s/ *Lee H. Gorlin, Esq*
Amy M. Samberg (NV Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

*Attorneys for The Travelers Home and Marine Insurance Company and The Travelers Indemnity Company*

## ORDER

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that the claims against the Travelers Indemnity Company are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2021