CLYDE & CO US LLP
Amy M. Samberg, NV Bar No. 10212
amy.samberg@clydeco.us
Lee H. Gorlin, NV Bar No. 13879
lee.gorlin@clydeco.us
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone:  725-248-2900
Facsimile:   725-248-2907

*Attorneys for The Travelers Home and
Marine Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL B. WILLIAMS and CLAIRE N. WILLIAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and DOES I-X; AND ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.    2:20-cv-01669-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY TO ACCOMMODATE DEPOSITIONS**<br><br>**(Fourth Request)** |

        IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Maxwell B. Williams and Claire N. Williams (collectively "Plaintiffs") and Defendant The Travelers Home and Marine Insurance Company ("THMIC") by and through their respective counsel, that discovery deadlines be extended forty-five days (45) solely to accommodate the depositions of Heather Paulus and Greg Swigart, which have been pre-scheduled for December 16, 2021, and to accommodate the deposition of former Travelers employee Emma Humbert.

        This is the parties fourth request to extend any discovery deadlines in this matter.

        Pursuant to Local Rule 26-3, the parties state as follows:

## I.        DISCOVERY COMPLETED TO DATE

        •        The parties conducted the Fed. R. Civ. P. 26(f) conference.

- 1 -

• The parties have exchange initial disclosures of documents and list of witnesses.

• The parties have served their first sets of written discovery on each other and the responses have been served as well.

• The parties have disclosed their initial expert reports.

• A stipulated protective order to facilitate supplemental discovery responses containing confidential or proprietary information.

• Supplemental discovery responses containing the confidential and/or proprietary information protected.

**II.     SPECIFIC DISCOVERY TO BE COMPLETED**

• Depositions THMIC's employees who handled the subject claim, Heather Paulus and Greg Swigart, scheduled for December 15, 2021

• Deposition of THMIC's former employee who also handled the subject claim, Emma Humbert, to be scheduled on or before January 27, 2022.

**III.    REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE**

Good cause exists to extend the discovery schedule in this matter.  First, the parties continue to be engaged in good-faith discussions pertaining to potentially mediating this matter and reaching a mutually acceptable resolution.  Mediation would cause the parties to put a pause on additional discovery and focus on the mediating the matter.  However, the parties feel that they would be in a better position to conduct meaningful mediation after the two December 16, 2021, depositions are taken and the deposition of former Travelers' employee, Emma Humbert. Additionally, the ongoing COVID-19 pandemic via the Delta, Lambda, and Omicron variants have caused discovery to proceed at a slower than pre-pandemic rate.

Further, while this stipulation is being submitted less than 21 days prior to the current expiration of discovery, excusable neglect exists to grant this stipulation.  Former Travelers' Employee, Emma Humbert, had been cooperating with counsel to schedule her deposition. However, she suddenly stopped responding to counsel so this out of state witness must be located

CLYDE & CO US LLP

and served with a deposition subpoena. Prior to securing the dates, counsel were admittedly more focused on the potential for resolution and the remaining discovery issues that needed to be resolved.  Finally, as this proposed extension is for forty-five days, and is to be limited to the completion of the aforementioned three (3) depositions, the parties feel that there is no harm or undue delay in extending discovery.

**IV.    PROPOSED SCHEDULE**

Accordingly, the parties hereby agree and stipulate to a  45 day extension of discovery dates as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cut-Off Date | 12/13/2021 | **1/27/2022** |
| Dispositive Motions | 01/12/2022 | **2/28/2022** |
| Pre-Trial Order | The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which will be 2/11/2022.<br><br>If dispositive motions are timely filed, the date for filing the Pre-Trial Order shall be suspended. | **The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which will be 3/30/2022.**<br><br>**If dispositive motions are timely filed, the date for filing the Pre-Trial Order shall be suspended.** |

DATED this 15th day of December 2021          DATED this 15th day of December 2021

BROWN, BONN & FRIEDMAN, LLC          CLYDE & CO US LLP

By:  */s/ Thomas Friedman, Esq*          By:  */s/ Lee Gorlin, Esq*
Thomas Friedman (NV Bar No. 7708)          Lee H. Gorlin (NV Bar No. 13879)
5528 South Fort Apache Road          7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89148          Las Vegas, Nevada 89128

*Attorneys for Maxwell B. Williams and*          *Attorneys for Travelers Home and Marine*
*Claire N. Williams*          *Insurance Company*

**ORDER**

IT IS SO ORDERED.

Dated:  December __16__, 2021

_____
United States Magistrate Judge

CLYDE & CO US LLP

CLYDE & CO US LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **STIPULATION AND ORDER EXTENDING DISCOVERY TO ACCOMMODATE DEPOSITIONS (Fourth Request)** was served by the method indicated:

☐      **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐      **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed to the parties who have yet to appear, as set forth below.

☒      **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

☐      **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated this 15th day of December 2021.


           */s/ Gina Brouse*
           An Employee of Clyde & Co US LLP