1  Thomas Friedman, Esq. (Bar #7708)
2  BROWN, BONN & FRIEDMAN, LLC
   5528 S. Fort Apache Rd.
3  Las Vegas, NV 89135
   (702) 942-3900
4  (702) 942-3901 Fax
   tfriedman@brownbonn.com
5  Attorneys for Plaintiffs
   Maxwell B. Williams and Claire N. Williams
6

7

8
                          UNITED STATES DISTRICT COURT
9
                              DISTRICT OF NEVADA
10

11 | MAXWELL B. WILLIAMS and CLAIRE N. | CASE NO.: 20-cv-01669-JAD-BNW
   | WILLIAMS, individually,             |
12 |                                     | **PLAINTIFFS' REQUEST FOR EXPEDITED
   |                 Plaintiffs,         | HEARING ON PLAINTIFFS' MOTION TO
13 |                                     | AMEND SCHEDULING ORDER AND
   | vs.                                 | EXTEND DISCOVERY DEADLINES AND
14 |                                     | DEPOSE DEFENDANT'S EMPLOYEE
   | THE TRAVELERS HOME AND MARINE       | PATRICIA LAFLEUR**
15 | INSURANCE COMPANY; DOES I-X; AND    |
   | ROE CORPORATIONS I-X,               | **[Plaintiffs' Motion to Amend Scheduling
16 |                                     | Order and Extend Discovery Deadlines and
   |                 Defendants.         | Depose Defendant's Employee Patricia
17 |                                     | LaFleur, Dkt. No. 34]**

18

19     Plaintiffs Maxwell B. Williams and Claire N. Williams ("Plaintiffs") by and through their

20 counsel of record, move the Court for an expedited briefing schedule and telephonic on Plaintiffs'

21 Motion to Amend Scheduling Order and Extend Discovery Deadlines and Depose Defendant's

22 Employee Patricia Lafleur filed today [Dkt. No. 34]

23     **REQUEST FOR EXPEDITED HEARING ON PLAINTIFFS' MOTION TO AMEND
       SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES AND DEPOSE
24                  DEFENDANT'S EMPLOYEE PATRICIA LAFLEUR**
25

26     Plaintiffs respectfully request this Court place Plaintiffs' Motion on an expedited a

27 briefing schedule.  If Defendants' Plaintiffs' Motion to Amend Scheduling Order and Extend

28

Discovery Deadlines and Depose Defendant's Employee Patricia Lafleur is heard in the ordinary course, discovery would be long closed before the request to extend discovery deadlines would be heard by this Court. Therefore, Plaintiffs respectfully request their Plaintiffs' Motion to Amend Scheduling Order and Extend Discovery Deadlines and Depose Defendant's Employee Patricia Lafleur be placed on an expedited briefing schedule.

DATED this 27th day of January, 2022.

/s/ Thomas Friedman
Thomas Friedman (NV Bar #7708)
BROWN BONN & FRIEDMAN, LLC
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for Plaintiffs
Maxwell B. Williams and Claire N. Williams

**ORDER**

**IT IS SO ORDERED**

**DATED:** 9:42 am, January 28, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, January 27, 2022, I caused to be served a true and correct copy of the foregoing **PLAINTIFFS' REQUEST FOR EXPEDITED HEARING ON PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES AND DEPOSE DEFENDANT'S EMPLOYEE PATRICIA LAFLEUR** by the method indicated below and addressed as follows:

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Amy M. Samberg, Esq.
CLYDE & CO, LLP
7251 West Lake Mead Blvd. Suite 430
Las Vegas, Nevada 89128      213-358-7664
213-358-7650 Fax
Attorneys for Defendants,
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY


Lee H. Gorlin, Esq.
CLYDE & CO, LLP
7251 West Lake Mead Blvd. Suite 430
Las Vegas, Nevada 89128      213-358-7664
213-358-7650 Fax
Attorneys for Defendants,
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY


DATED this 27th day of January, 2022.

*/s/ Tara McClelland*

_____
Employee of Brown, Bonn and Friedman, LLC