CLYDE & CO US LLP
Amy M. Samberg, NV Bar No. 10212
amy.samberg@clydeco.us
Lee H. Gorlin, NV Bar No. 13879
lee.gorlin@clydeco.us
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone:  725-248-2900
Facsimile:   725-248-2907

*Attorneys for The Travelers Home and Marine Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL B. WILLIAMS and CLAIRE N. WILLIAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and DOES I-X; AND ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.   2:20-cv-01669-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Maxwell B. Williams and Claire N. Williams (collectively "Plaintiffs") and Defendant The Travelers Home and Marine Insurance Company ("THMIC") by and through their respective counsel, that the deadline to file the Joint Pretrial Order be extended by twenty (20) days to April 7, 2023.

On January 24, 2023, the Court issued its order denying THMIC's Motion for Summary Judgment.  (ECF No. 46).  As part of the Court's Order, the case was referred to the (prior) magistrate judge for settlement conference.  *Id.* at 11.  Further, the Order stayed the parties' obligation to file the Joint Pretrial Order until 10 days after the settlement conference.  *Id.*

The parties conducted the settlement conference on March 8, 2023.  Thus, the Joint Pretrial Order is presently due on March 18, 2023 (which is a Saturday, thus making the effective due date on March 20, 2023).  (ECF No. 49).  Although the parties did not reach settlement at the conference,

they remain hopeful that they can continue to discuss settlement in good-faith and potentially come to an agreement.

The parties understand that the specific form and content of the Joint Pretrial Order is set forth in Local Rule 16-3, including reaching stipulations as to undisputed facts and admissible evidence. Given the specifics of the required information, the parties need to spend significant time in preparing their respective portions of the Joint Pretrial Order. The parties previously devoted their respective attention in preparing for the settlement conference in hopes that they would resolve this case and render the Joint Pretrial Order, as well as the time and costs in preparing said Order moot. Unfortunately that was not the case. To this end, the parties stipulate and request that the Court issue an Order extending the deadline to file the Joint Pretrial Order until thirty (30) days following the March 8, 2023, settlement conference. This would add twenty (20) days to the ten (10) days already in place and set the new deadline to file the Joint Pretrial Order on Friday, April 7, 2023.

DATED this 10th day of March 2023

**BROWN, BONN & FRIEDMAN, LLC**

By: /s/ *Thomas Friedman, Esq*
Thomas Friedman (NV Bar No. 7708)
5528 South Fort Apache Road
Las Vegas, Nevada 89148

*Attorneys for Maxwell B. Williams and Claire N. Williams*

DATED this 10th day of March 2023

**CLYDE & CO US LLP**

By: /s/ *Lee Gorlin, Esq*
Amy M. Samberg (NV Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Attorneys for Travelers Home and Marine Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

March 13, 2023
_____
Dated

- 2 -