CLYDE & CO US LLP
Amy M. Samberg, NV Bar No. 10212
amy.samberg@clydeco.us
Lee H. Gorlin, NV Bar No. 13879
lee.gorlin@clydeco.us
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone:  725-248-2900
Facsimile:   725-248-2907

*Attorneys for The Travelers Home and Marine Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL B. WILLIAMS and CLAIRE N. WILLIAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and DOES I-X; AND ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.   2:20-cv-01669-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Maxwell B. Williams and Claire N. Williams (collectively "Plaintiffs") and Defendant The Travelers Home and Marine Insurance Company ("THMIC") by and through their respective counsel, that the deadline to file the Joint Pretrial Order be extended by fourteen (14) days to April 21, 2023.

On January 24, 2023, the Court referred this matter to the (prior) magistrate judge for settlement conference. (ECF No. 46, at 11). Further, the Court stayed the parties' obligation to file the Joint Pretrial Order until ten (10) days after the settlement conference. *Id.*

The Joint Pretrial Order was initially due on March 20, 2023. (ECF No. 49). The parties previously asked for an extension of this deadline, and the Court granted it, making the Joint Pretrial Order presently due on April 7, 2023. (ECF No. 53).

- 1 -

1    Good cause exists to extend this deadline by another fourteen (14) days. The parties have
2 been working diligently on finalizing stipulations as to facts and evidence. The parties expect a
3 significant number of stipulations which would avoid unnecessary disputes later and serve judicial
4 economy. Additional time is needed to hammer out the final details. Additionally, the parties
5 continue to discuss the possibility of attending a private mediation to resolve this matter entirely.
6 At such time as a mediation date is set, the parties will inform the Court.

7    To this end, the parties stipulate and request that the Court issue an Order extending the
8 deadline to file the Joint Pretrial Order by fourteen (14) days. This would set the new deadline to
9 file the Joint Pretrial Order on Friday, April 21, 2023.

DATED this 6th day of April 2023

**BROWN, BONN & FRIEDMAN, LLC**

By: /s/ *Thomas Friedman, Esq*
Thomas Friedman (NV Bar No. 7708)
5528 South Fort Apache Road
Las Vegas, Nevada 89148

*Attorneys for Maxwell B. Williams and Claire N. Williams*

DATED this 6th day of April 2023

**CLYDE & CO US LLP**

By: /s/ *Lee Gorlin, Esq*
Amy M. Samberg (NV Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Attorneys for Travelers Home and Marine Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

4-7-2023
_____
Dated