Christian M. Morris, Esq. (Bar #11218)
Victoria R. Miller, Esq. ((Bar #15005)
Sarah E. DiSalvo, Esq. (Bar#16398
CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, NV 89074
T: (702) 434-8282
F: (702) 434-1488
Christian@CMTrialAttorneys.com
Victoria@CMTrialAttorneys.com
Sarah@CMTrialAttorneys.com
*Attorneys for Plaintiffs*
*Maxwell B. Williams and Claire N. Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL B. WILLIAMS and CLAIRE N. WILLIAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; DOES I-X; AND ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.:  20-cv-01669-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES FOR *MOTIONS IN LIMINE***<br><br><br>ECF No. 70 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Maxwell B. Williams and Claire N. Williams ("Plaintiffs"), and Defendant, The Travelers Home and Marine Insurance Company ("Defendant"), by and through their respective counsel of record, as follows:

///

///

///

*(vertical left margin)* CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, NV 89074
702 434 8282 / 702 434 1488 (fax)

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, NV 89074
702 434 8282 / 702 434 1488 (fax)

1  The parties agree on an amended briefing schedule whereby the filing deadline for

2  Plaintiffs' and Defendant's Motions in Limine, currently set for November 9, 2023, will be

3  extended to November 27, 2023.  Responses to the Motions in Limine are due fourteen (14) days

4  later on December 11, 2023.  Consistent with the Joint Pretrial Order, Replies in support of the

5  motions in limine will only be allowed with leave from the court and each side may file only a

6  single request for leave.  (ECF No. 58, at 25).

7  DATED this 8th day of November, 2023          DATED this 8th day of November, 2023

8  CHRISTIAN MORRIS TRIAL ATTORNEYS    CLYDE & CO US LLP

9

10  /s/ Victoria R. Allen_____          /s/Lee H. Gorlin_____
   CHRISTIAN M. MORRIS, ESQ.                AMY M. SAMBERG, ESQ.

11  Nevada Bar No. 11218                     Nevada bar No. 10212
   VICTORIA R. ALLEN, ESQ.                  JUSTIN S. HEPWORTH, ESQ.

12  Nevada Bar No. 15005                     Nevada Bar No. 10080
   SARAH E. DISALVO, ESQ.                   LEE H. GORLIN, ESQ.

13  Nevada Bar No. 16398                     Nevada Bar No. 13879
   2250 Corporate Circle, Suite 390         7251 West Lake Mead Boulevard, Suite 430

14  Henderson, NV 89074                      Las Vegas, NV 89128
   Attorneys for Plaintiffs                 Attorneys for Defendants

15

16

17

18                              **ORDER**

19

20       **IT IS SO ORDERED.**

21

22

23

24  _____
   U.S. District Judge Jennifer A. Dorsey

25  November 8, 2023

26

27

28

2