CLYDE & CO US LLP
Amy M. Samberg, NV Bar No. 10212
amy.samberg@clydeco.us
Justin S. Hepworth, NV Bar No. 10080
justin.hepworth@clydeco.us
Lee H. Gorlin, NV Bar No. 13879
lee.gorlin@clydeco.us
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone:  725-248-2900
Facsimile:   725-248-2907

*Attorneys for The Travelers Home and Marine Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL B. WILLIAMS and CLAIRE N. WILLIAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and DOES I-X; AND ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.   2:20-cv-01669-JAD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Maxwell B. Williams and Claire N. Williams and Defendant The Travelers Home and Marine Insurance Company (collectively the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

- This action shall be dismissed, in its entirety, and with prejudice;
- All hearings or other calendar dates shall be vacated;
- All parties shall bear their own fees and costs regardless of any offers of judgment previously served in this case.

/ / /

/ / /

/ / /

- 1 -

1  DATED this 12th day of February 2024, and respectfully submitted by:

**CHRISTIAN MORRIS TRIAL ATTORNEYS**          **CLYDE & CO US LLP**

By: */s/ Victoria R. Allen*                                        By: */s/ Lee H. Gorlin*
CHRISTIAN M. MORRIS, ESQ.                          AMY M. SAMBERG, ESQ.
Nevada Bar No. 11218                                        Nevada Bar No. 10212
VICTORIA R. ALLEN, ESQ.                               JUSTIN S. HEPWORTH, ESQ.
Nevada Bar No. 15005                                        Nevada Bar No. 10080
SARAH E. DISALVO, ESQ.                                LEE H. GORLIN, ESQ.
Nevada Bar No. 16398                                        Nevada Bar No. 13879
2250 Corporate Circle, Suite 390                      7251 West Lake Mead Boulevard, Suite 430
Henderson, NV 89074                                          Las Vegas, NV 89128

*Attorneys for Plaintiffs*                                       *Attorneys for Defendant*

# ORDER

Based on the parties' stipulation [**ECF No. 78**] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
2-14-24